**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Physician's Choice of Arizona, Inc., ) ) <br>          Plaintiff, ) <br>   ) <br>     vs. ) <br>   ) <br> Visual Changes Skin Care ) <br> International, Inc., ) <br>   ) <br>          Defendant. ) <br> _____) | No. CIV 03-0873 PHX RCB <br><br> O R D E R |

On March 23, 2005, Plaintiff Physician's Choice of Arizona, Inc. ("PCA") filed a Motion to Remove Declarations of Mickey Miller Not Filed Under Seal. (doc. 160). In two prior filings, Defendant Visual Changes Skin Care International, Inc. ("Visual Changes") attached declarations of Mickey Miller as exhibits ("Miller Declarations"). See Visual Changes' Declaration of Gregory Smith (doc. 119) at Exhibit A; Visual Changes' Motion to Amend Counterclaim (doc. 139) at Exhibit M. In its motion, PCA requests that the Court remove these exhibits from the record, or, in the alternative, place them under seal. Id. at 5.

1    On April 11, 2005, Visual Changes filed its response to PCA's
2 motion. (doc. 163). In its response, Visual Changes does not
3 contest the filing of the declarations under seal. Id. at 3.
4    The court notes that its courtesy copy of Visual Changes'
5 Motion to Amend Counterclaim, (doc. 139), included attached
6 exhibits, one of which was the Miller Declaration as Exhibit M.
7 However, no such exhibits were attached to the original motion
8 filed in the record.
9    Therefore,
10    IT IS ORDERED that PCA's Motion to Remove Declarations of
11 Mickey Miller Not Filed Under Seal (doc. 160) is GRANTED in part
12 and DENIED in part. It is granted in that the Miller Declaration
13 filed as an exhibit to Visual Changes' Declaration of Gregory Smith
14 (doc. 119, Exhibit A) shall be filed under seal.  It is denied in
15 all other respects.
16    IT IS FURTHER ORDERED that the Clerk file under seal the
17 Miller Declaration filed as Exhibit A to Visual Changes'
18 Declaration of Gregory Smith (doc. 119).
19    DATED this 26th day of October, 2005.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record

-2-