**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Physician's Choice of Arizona, Inc., | No. CV-03-0873-PHX-RCB |
| Plaintiff, | **ORDER** |
| vs. | |
| Visual Changes Skin Care International, Inc., | |
| Defendant. | |
| Visual Changes Skin Care International, Inc., | |
| Counterclaimant, | |
| vs. | |
| Physician's Choice of Arizona, Inc., Margaret M. Ancira, | |
| Counterdefendants. | |

Pursuant to District Judge Robert C. Broomfield's Order dated May 2, 2006 (Dkt. #263) referring this matter for a continued settlement conference with the undersigned before June 1, 2006 and the parties having advised the Court that an agreeable date for the continuation of the settlement conference for all counsel, parties, representatives, and insurers in this matter is **Tuesday, May 30, 2006 at 1:30 p.m.**,

**IT IS ORDERED setting** the continuation of the settlement conference in this matter on **Tuesday, May 30, 2006, at 1:30 p.m.** before the undersigned in Courtroom 302, Sandra Day O'Connor U. S. Courthouse, 401 West Washington Street, Phoenix, Arizona.

1    **IT IS FURTHER ORDERED mandating** the physical presence, rather than the
2    availability by telephone, and participation of those individuals with the authority to settle
3    cases. If a Defendant is an insured party, a representative of that party's insurer with full and
4    complete authority[1] to discuss settlement of the case **SHALL** physically appear at the
5    aforesaid date and time. An uninsured or self-insured corporate party **SHALL** physically
6    appear at aforesaid Settlement Conference through its authorized representative with full and
7    complete authority[2] to discuss settlement of the case.

8    **IT IS FURTHER ORDERED** the parties' shall submit a supplemental settlement
9    conference memoranda no later than **Thursday, May 25, 2006** advising the Court what the
10   parties have agreed to, if anything, since the last settlement conference held with the
11   undersigned on February 6, 2006. The Supplemental Settlement Conference Memoranda
12   shall **NOT** be filed with the Clerk. The original Supplemental Settlement Conference
13   Memoranda are to be delivered directly to the chambers of U. S. Magistrate Judge, Suite 322,
14   Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona.

15   DATED this 9th day of May, 2006

_____
Lawrence O. Anderson
United States Magistrate Judge

---

[1] "Full and complete authority" within this Order means that the individual appearing for, or on behalf of, the Defendant(s) shall have the express authority and discretion to authorize the payment to, or accept the terms of, Plaintiff's last settlement demand. "Full and complete authority" does not mean, however, that Defendant or representative is required to pay such demand or any sum whatsoever.

[2] *Id.*